James Henry SMITH, Plaintiff—
Appellant,

v.

Bryan MCCLURE, Dr.; Jane Doe,
Nurse; Catawba Valley Medical
Center, Defendants—Appellees.

No. 11–6536.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 25, 2011.

Decided: Aug. 30, 2011.

James Henry Smith, Appellant Pro Se.

Before MOTZ, DUNCAN, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

James Henry Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006), and the court's order denying his subsequent Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. McClure*, No. 5:11–cv–00012–RJC, 2011 WL 650567 (W.D.N.C. Feb. 11, 2011) & (Mar. 25, 2011). We deny Smith's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*